# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALISHA BOYKIN, KRISTIN HANSEN, TRACY MANGANO, AMY DITTBENNER and JERRY TERCERO,<br><br>Plaintiffs,<br><br>v.<br><br>PANERA BREAD COMPANY,<br><br>Defendant. | Case No.: 1:18-cv-02461<br><br>Honorable Judge John J. Tharp, Jr. |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, ALISHA BOYKIN, KRISTIN HANSEN, TRACY MANGANO, AMY DITTBENNER and JERRY TERCERO ("Plaintiffs"), by and through their attorney, James C. Vlahakis of SULAIMAN LAW GROUP, LTD., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss their claims against the Defendant, PANERA BREAD COMPANY.

Dated: June 4, 2018

Respectfully Submitted,

*/s/ James C. Vlahakis*_____
James C. Vlahakis, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 581-5456
jvlahakis@sulaimanlaw.com
*Counsel for Plaintiff*