**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Alisha Boykin, et al.
                              Plaintiff,

v.                                                        Case No.: 1:18−cv−02461
                                                         Honorable John J. Tharp Jr.

Panera Bread Company
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 5, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the plaintiffs' notice of voluntary dismissal [8] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), any scheduled hearings are stricken and all pending motions are denied as moot. The claims of any putative class members are dismissed without prejudice. Civil Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.