# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALISHA BOYKIN, KRISTIN HANSEN, TRACY MANGANO, AMY DITTBENNER and JERRY TERCERO,<br><br>Plaintiffs,<br><br>v.<br><br>PANERA BREAD COMPANY,<br><br>Defendant. | Case No.: 1:18-cv-02461<br><br>Honorable Judge John J. Tharp, Jr. |

## AMENDED NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, ALISHA BOYKIN, KRISTIN HANSEN, TRACY MANGANO, AMY DITTBENNER and JERRY TERCERO ("Plaintiffs"), by and through their attorney, James C. Vlahakis of SULAIMAN LAW GROUP, LTD., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss their individual capacity claims against the Defendant, PANERA BREAD COMPANY, with prejudice. This Amended Notice of Voluntary Dismissal does not operate to dismiss the claims of any putative class members.

Dated: June 12, 2018

Respectfully Submitted,

*/s/ James C. Vlahakis*
James C. Vlahakis, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 581-5456
jvlahakis@sulaimanlaw.com
*Counsel for Plaintiff*